Case: 3:04-cv-00680-bbc   Document #: 5   Filed: 10/06/04   Page 1 of 1

Document Number   Case Number
005                04-C-0680-C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
10/06/2004 03:04:52 PM CDT

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 1(D) (LR 83.5(D)), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.


Dated:  October 6, 2004        Signed:   /s/ Marc R. Labgold, Ph.D.
                                           Marc R. Labgold, Ph.D.
                                           Patton Boggs LLP
                                           8484 Westpark Drive
                                           McLean, Virginia  22102
                                           (703) 744-8000